## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 17-31902/JNP |
| Keith & Roberta Loftis | Chapter: | 7 |
| | Judge: | JNP |

### NOTICE OF PROPOSED ABANDONMENT

_____JOSEPH D. MARCHAND_____, _____TRUSTEE_____ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:    Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ  08101-2067

If an objection is filed, a hearing will be held before the Honorable _____Jerrold N. Poslusny, Jr._____ on _____January 9, 2018_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ___4C___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:    Real Property:
4 Whipple Way
Sewell, NJ
FMV - $176,000.00

Liens on property:    Quicken - $171,289.00

Amount of equity claimed as exempt:  $20,000.00

Objections must be served on, and requests for additional information directed to:

Name:      /s/ Joseph D. Marchand, Chapter 7 Trustee

Address:    117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302

Telephone No.:  (856) 451-7600

_rev.8/1/15_

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-31902-JNP
Keith Loftis                                                        Chapter 7
Roberta Loftis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin          Page 1 of 2          Date Rcvd: Dec 12, 2017
                           Form ID: pdf905       Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2017.
```
db/jdb       +Keith Loftis,    Roberta Loftis,    4 Whipple Way,    Sewell, NJ 08080-2138
517148003    +Barclays Bank Delaware,    Attn: Bankruptcy,    P.O. Box 8801,    Wilmington, DE 19899-8801
517148004    +Best Buy Credit Services,    P.O. Box 790441,    St. Louis, MO 63179-0441
517148005    +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517148008    +Credit First National Assoc/Firestone,    Attn: BK Credit Operations,    Po Box 81315,
              Cleveland, OH 44181-0315
517148009    +First National Bank,    Attn: FNN Legal Dept,    1620 Dodge St Mailstop Code 3290,
              Omaha, NE 68102-1593
517148021    +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
517148022     The Childrens Hospital Of Phildelphia,    34th & Civic Center Blvd,    Philadelphia, PA 19104
517148023    +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
517148024    +Wffnb Retail,    Po Box 94498,    Las Vegas, NV 89193-4498
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Dec 12 2017 23:20:44    U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 12 2017 23:20:41    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517148006    +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2017 23:26:27    Car Care One/Synchrony Bank,
              Po Box 965064,    Orlando, FL 32896-5064
517148007    +E-mail/Text: bkr@cardworks.com Dec 12 2017 23:20:01    Cardworks/CW Nexus,    Attn: Bankruptcy,
              Po Box 9201,    Old Bethpage, NY 11804-9001
517148010    +E-mail/Text: bk@lendingclub.com Dec 12 2017 23:21:10    Lending Club Corp,    71 Stevenson St,
              Suite 300,    San Francisco, CA 94105-2985
517148011    +E-mail/Text: bkr@cardworks.com Dec 12 2017 23:20:01    Merrick Bank,    Po Box 9201,
              Old Bethpage, NY 11804-9001
517148012    +E-mail/Text: bankruptcy@prosper.com Dec 12 2017 23:21:13    Prosper Marketplace Inc,
              Po Box 396081,    San Francisco, CA 94139-6081
517148013    +E-mail/Text: bankruptcyteam@quickenloans.com Dec 12 2017 23:21:02    Quicken Loans,
              1050 Woodward Ave,    Detroit, MI 48226-1906
517148014    +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2017 23:26:27    Syncb/Ashley Homestore,
              Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517148015    +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2017 23:26:27    Syncb/sleepys,
              C/o Po Box 965036,    Orlando, FL 32896-0001
517152366    +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2017 23:26:27    Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517148016    +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2017 23:26:07
              Synchrony Bank/ Dicks Sporting Goods,    Po Box 965064,    Orlando, FL 32896-5064
517148017    +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2017 23:26:07    Synchrony Bank/Amazon,
              Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517148018    +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2017 23:26:07    Synchrony Bank/Care Credit,
              Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517148019    +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2017 23:26:07    Synchrony Bank/Lowes,
              Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517148020    +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2017 23:26:53    Synchrony Bank/Walmart,
              Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                          TOTAL: 16
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2017                          Signature:   /s/Joseph Speetjens

District/off: 0312-1          User: admin                Page 2 of 2          Date Rcvd: Dec 12, 2017
                             Form ID: pdf905             Total Noticed: 26

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2017 at the address(es) listed below:
          Joseph  Marchand    jdmarchand@comcast.net,   jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
          Joseph J. Rogers    on behalf of Joint Debtor Roberta  Loftis jjresq@comcast.net,
          jjresq1@comcast.net
          Joseph J. Rogers    on behalf of Debtor Keith  Loftis jjresq@comcast.net,  jjresq1@comcast.net
          Rebecca Ann Solarz    on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 5